UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

**PHILIP E. HAHN,**

      **Plaintiff,**

  v.

**UNITED STATES DEPARTMENT
OF COMMERCE, et al.,**

      **Defendants.**

Civil Action 11-6369 (ES)

**ORDER**

---

This matter having come before the Court upon motion by Defendants Borough of Tenafly ("Tenafly") and Thomas B. Hanrahan's ("Hanhrahan") who seek dismissal of Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6); and the Court having considered the parties' submissions; and for good cause shown;

IT IS on this 17th day of June, 2013, hereby

**ORDERED** that Defendant Thomas B. Hanrahan's motion to dismiss Plaintiff's Complaint (D.E. No. 89) is GRANTED with prejudice; and it is further

**ORDERED** that Defendant Borough of Tenafly's motion to dismiss Plaintiff's Complaint (D.E. No. 89) is GRANTED with prejudice; and it is further

**ORDERED** that the Clerk of Court shall terminate docket entry no. 89; and it is further

**ORDERED** that the claims of Defendants, the United States Department of Commerce, Patrizia Warhaffigi, and John E. Tenhoeve will be dismissed within 30 days unless Plaintiff establishes that service was effected on Defendants, the United States Department of Commerce,

Patrizia Warhaffigi, and John E. Tenhoeve, within said 120 days of filing the Complaint, by filing proof of service with the Clerk of the Court on or before July 17, 2013.

                                                                  *s/Esther Salas*
                                                                  **Esther Salas, U.S.D.J.**